United States District Court
Southern District of Texas
**ENTERED**
May 31, 2016
David J. Bradley, Clerk

```
IN THE UNITED STATES DISTRICT COURT
 FOR THE SOUTHERN DISTRICT OF TEXAS
            LAREDO DIVISION
```

| | |
|---|---|
| LUIS LECHUGA, et al., § | |
|     Plaintiff, § | |
| § | |
| v. § | NO. 5:15-cv-276 |
| § | |
| STANDARD GUARANTY INSURANCE § | |
| COMPANY, § | |
|     Defendant. § | |

### MEMORANDUM OF DISMISSAL

Plaintiffs and Defendant Standard Guaranty Insurance Company have filed a "Joint Motion to Dismiss with Prejudice." (Dkt. 12.) The parties stipulate that this case should be dismissed with prejudice. Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), no court order is required to effectuate the dismissal. The Clerk of Court is therefore DIRECTED to enter on the docket sheet that this case is dismissed.

DONE at Laredo, Texas, this 30th day of May, 2016.

_____
George P. Kazen
Senior United States District Judge